UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT R. ROBINSON, | No. 2:19-cv-00453 GGH P |
| Petitioner, | |
| v. | ORDER |
| G. GASTELLO, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On March 13, 2019, petitioner filed a motion to stay and abey his federal habeas petition pursuant to Rhines v. Weber, 544 U.S. 269 (1995), in order to exhaust state court remedies on his ineffective assistance of counsel claim. ECF No. 2. The court will direct respondent to respond to the motion to stay. *However, petitioner is not required to await resolution of the pending motion before returning to state court to properly exhaust his state court remedies*. In the event that petitioner exhausts his claims in the California Supreme Court prior to this court's resolution of the pending motion, petitioner is advised to file a notice of exhaustion in this court.

Accordingly, IT IS HEREBY ORDERED that:

////

1

1. Respondent is hereby directed to file an opposition or a notice of non-opposition to petitioner's stay and abeyance motion within 30 days from the date of this order;

2. Petitioner's reply, if any, is due fourteen days thereafter; and

3. If petitioner exhausts any claims in the California Supreme Court prior to this court's resolution of the pending motion, petitioner shall file a notice of exhaustion in this court.

4. The Clerk of the Court is directed to serve a copy of this order on Tami Krenzin, Supervising Deputy Attorney General.

Dated: March 21, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE