UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT R. ROBINSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. GASTELLO,<br><br>　　　　Respondent. | No. 2:19-cv-00453 KJM GGH P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 27, 2019, the court provided petitioner thirty days to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee. ECF No. 11. Petitioner has filed a request to proceed in forma pauperis. ECF No. 12.

Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

Therefore, IT IS HEREBY ORDERED that petitioner is granted leave to proceed in forma pauperis.

Dated: June 21, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1