UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT R. ROBINSON,

               Petitioner,

    v.

G. GASTELLO,

               Respondent.

No. 2:19-cv-00453 KJM GGH P

ORDER

      Respondent has filed an answer to the petition on Claim 1. Petitioner shall have thirty days from the date of this order to file and serve a reply, if any, to respondent's answer.

IT IS SO ORDERED.

Dated: September 4, 2019

                        /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE